**Order entered December 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00823-CR

**PETTIS LAMOND GAGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75773-T**

### ORDER

Before the Court is appellant's December 9, 2022 second motion to extend the time to file a jurisdictional letter brief requested by the Court. We **GRANT** the motion and **ORDER** appellant's letter brief filed by **January 9, 2023**. The State's response, if any, will be due by **January 30, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE